In the Matter of SALVATORE CIOFFI, Respondent, v. STATE LIQUOR AUTHORITY, Appellant.

Rabin, Acting P. J., Hopkins, Benjamin, Munder and Nolan, JJ., concur.